1 Christopher J. Verbil
2 1414 Marinovich Way
  Los Altos, CA 94024
3 Tel: (408) 757-3426
  Fax: (760) 588-4955
4 E-mail: cgx20gf@gmail.com
5 Plaintiff in Pro Per

RECEIVED
FEB 1 3 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Christopher J. Verbil,<br><br>                Plaintiff,<br><br>        vs.<br><br>Commander, Eleventh Coast<br><br>Guard District, et al.<br><br>                Defendants. | Case No.: CV-14-00661 PSG<br><br>(~~Proposed~~) ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING<br><br>DATE:<br>TIME:<br>COURTROOM:<br>JUDGE: |

1.   The Court has considered the Motion for Permission for Electronic Case Filing.  Finding that good cause exists, the Motion is GRANTED.

2.   IT IS SO ORDERED.

DATED: March 14, 2014            _____
                                 United States ~~District~~/Magistrate Judge

CV-14-00661

ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING - 1